1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11    SAMUEL FLORES-ALVARADO,                    Case No. 2:19-10229 MWF (ADS)

12                          Petitioner,

13                          v.                   ORDER ACCEPTING
                                                 REPORT AND RECOMMENDATION OF
14    NEIL MCDOWELL, Warden,                      UNITED STATES MAGISTRATE JUDGE
                                                 AND DISMISSING CASE
15                          Respondent.

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's

18    Answer, Petitioner's Reply, and all related filings, along with the Report and

19    Recommendation of the assigned United States Magistrate Judge dated August 2, 2021

20    [Dkt. No. 23], and Petitioner's untitled filing [Dkt. No. 24], which the Court considers to

21    be Plaintiff's objections to Magistrate's Report and Recommendation.  Further, the

22    Court has engaged in a de novo review of those portions of the Report and

23    Recommendation to which objections have been made.

24

1    Petitioner's objections are overruled.  Accordingly, IT IS HEREBY ORDERED:

2    1.    The United States Magistrate Judge's Report and Recommendation [Dkt.

3          No. 23] is accepted;

4    2.    Ground Three in the Petition is dismissed as not cognizable on federal

5          habeas review;

6    3.    The remainder of the Petition is denied and this action dismissed with

7          prejudice; and

8    4.    Judgment is to be entered accordingly.

9

10   DATED:  September 10, 2021    _____

                                   MICHAEL W. FITZGERALD
11                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24