JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FLORES-ALVARADO, | Case No. 2:19-10229 MWF (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 10, 2021    _____
MICHAEL W. FITZGERALD
United States District Judge